

# NUMBER 13-19-00100-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE DENNIS W. BERRY, MARVIN G. BERRY, BAY INC., BERRY GP, INC. D/B/A BERRY CONTRACTING AND BERRY CONTRACTING, LP D/B/A BAY LTD

---

## On Petition for Writ of Mandamus.

---

# ORDER

## Before Chief Justice Contreras and Justices Longoria and Perkes
## Per Curiam Order

Relators Dennis W. Berry, Marvin G. Berry, Bay Inc., Berry GP, Inc. d/b/a Berry Contracting and Berry Contracting, LP d/b/a Bay Ltd, filed a petition for writ of mandamus and motion for emergency stay in the above cause on March 8, 2019. Through this original proceeding, relators seek to compel the trial court to vacate the March 4, 2019 "Order Granting Plaintiffs' Motion for Substituted Service of Allen L. Berry." Through their motion for emergency stay, relators seek to stay the March 4, 2019 order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that the motion should be granted. The motion for emergency stay is GRANTED and the trial court's order of March 4, 2019 is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Kenneth L. Berry, individually and Kenneth L. Berry in a derivative capacity for Skyeagle, Inc., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of March, 2019.